UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 2:17-cr-2-FtM-99MRM

JAMES BENJAMIN JONES

# WAIVER OF OBJECTION TO REPORT AND RECOMMENDATION

Entry of a plea of guilty is anticipated in this case. At the time of the plea of guilty, the U.S. Magistrate Judge will enter a Report and Recommendation to the U.S. District Court Judge. The parties are entitled to a fourteen (14) day period within which to file written objections to this Report and Recommendation pursuant to 28 U.S.C. Section 636(b)(1)(B) and Rule 6.02, M.D. Fla. Rules.

The Government hereby waives the fourteen (14) day objection period, and in so doing, the District Court Judge may adopt the Report and Recommendation and set the sentencing date immediately.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

2/2/2017
Date

By: *s/ Jesus M. Casas*
JESUS M. CASAS
Assistant United States Attorney
Chief, Fort Myers Division
FL Bar No. 0152110
2110 First Street, Suite 3-137
Fort Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
Email: Jesus.M.Casas@usdoj.gov